**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Sallie Kim, U.S. Magistrate Judge<br>U.S. Magistrate Judge | **RE:** | Jose Alfonso Tellez |
| **FROM:** | Silvio Lugo , Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-cr-00408-CRB-3 |
| **Date:** | 1/19/24 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Emily Sanchez                                   408-535-5027

U.S. Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   A. Defendant must not use alcohol to excess, and must not use or possess any narcotic or other controlled substance without a legal prescription; and
   B. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____          1/19/2024
**JUDICIAL OFFICER**                                **DATE**